AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Massachusetts

DIRECTV, Inc.

V.

Manuel Goncalves

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-30275 MAP

TO: (Name and address of Defendant)

Manuel Goncalves
676 Moore Street
Ludlow, MA 01056

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                              February 12, 2004

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

March 2, 2004

I hereby certify and return that on 3/1/2004 at 06:37 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to MANUEL GONCALVES at 676 MOORE Street, LUDLOW, MA 01056 <>.Attestation X 1 ($5.00), Conveyance ($4.50), Travel ($9.60), Basic Service Fee ($30.00), Mailing1 ($1.00), ON-CALL DEPUTY ($20.00) Total Charges $70.10

Deputy Sheriff DANIEL D. LARROW

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                       Signature of Server


                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.