UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 03-30275 MAP

| | |
|---|---|
| DIRECTV, INC. | ) |
| | ) |
| V. | ) NOTICE OF APPEARANCE |
| | ) |
| MANUEL GONCALVES | ) |

**TO THE CLERK OF THE COURT:**

Please enter my Appearance for the Defendant. Manuel Goncalves, in connection with above-referenced matter.

Dated this 17th day of March, 2004.

_____
James V. Thompson, Esq.
358 Sewall Street
Ludlow, MA 01056
(413) 583-5196
BBO# 496 720