**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DIRECTV, INC.,
        Plaintiff

                CIVIL ACTION

    V.

                NO.  03-30275-KPN

MANUEL GONCALVES,
        Defendant

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

       After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to Magistrate Judge Charles B. Swartwood, III for the following ADR program:

    ____ EARLY NEUTRAL EVALUATION     X  MEDIATION

    ____ MINI-TRIAL    ____ SUMMARY JURY TRIAL

    ____ SETTLEMENT CONFERENCE    ____ SPECIAL MASTER

    ____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

       Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel in engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

May 18, 2004                              /s/ Kenneth P. Neiman
DATE                                      UNITED STATES MAGISTRATE JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | ____ | Contract | ___ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | Other | _____ |