UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DIRECT TV, INC.,

           Plaintiff,        CIVIL ACTION
v.                            No.03-30275-KPN

MANUEL GONCALVES,

           Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court      **COURTROOM #1, 5ᵗʰ FLOOR**
595 Main St.             **DATE AND TIME:**
Worcester, MA 01608    **September 17, 2004, at 10:00 A.M.**
_____
Type of Proceeding:


**MEDIATION**


**<u>ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!</u>**




_____
                                   CHARLES B. SWARTWOOD, III
                                   MAGISTRATE JUDGE




<u>August 24, 2004</u>         <u>/s/ Lisa B. Roland</u>
Date                       Lisa B. Roland,
                         Deputy Clerk
                         (508) 929-9905