UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DIRECT TV,**

        Plaintiff,

                                                  CIVIL NO.  03-30275-KPN

**MANUEL GONCALVES,**

        Defendant,

<u>REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION</u>

TO: JUDGE NEIMAN

**SWARTWOOD, M.J.**

On  <u>SEPTEMBER 17, 2004</u>  I held the following ADR proceeding:

    ____  **EARLY NEUTRAL EVALUATION**    **X**  **MEDIATION**
    ____  **MINI-TRIAL**    ____  **SUMMARY JURY TRIAL**
    ____  **SETTLEMENT CONFERENCE**

The parties were present in person or by an authorized corporate officer . The parties requested an additional time to try to settle this case.

The case was:

(**X**)  Settled. Your clerk should enter a  <u>60</u>  day order of dismissal.
(  )  There was progress. A further conference has been scheduled for _____.
      unless the case is reported settled prior to that date.
(  )  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
(  )  Suggested strategy to facilitate settlement:


**OCTOBER 5, 2004**                                  <u>/s/ Charles B. Swartwood, III</u>
**Date**                                                 **CHARLES B. SWARTWOOD, III, MJ**