

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MANUEL GONCALVES<br><br>Defendants. | No. 03-30275 KPN<br><br>STIPULATION AND ORDER OF DISMISSAL RE MANUEL GONCALVES |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant Manuel Goncalves pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that the same be and hereby is dismissed without costs against either party, with prejudice, as to Defendant Manuel Goncalves, , except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

///
///
///
///

DATED: October 6 , 2004.

Presented by:

By _____
John M. McLaughlin (BBO No. 556328)
Green, Miles, Lipton & Fitz-Gibbon,
77 Pleasant Street
P.O. Box 210
(413) 586-0865
(413) 584-6278 (Fax)

Attorneys for Plaintiff DIRECTV

By: _____
James V. Thompson
Thompson & Bell
358 Sewall Street
Ludlow, MA 01056
413-583-5196
Fax : 413-583-3707

Attorney for the Defendant Manuel Goncalves

**IT IS SO ORDERED.**

DATED: October 28, 2004.

_____
United States ~~District Court~~ Judge
Magistrate
KENNETH P. NEIMAN